UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

ANTHONY ARRINGTON,

           Plaintiff,

v.

UNKNOWN TAYLOR, et al.,

           Defendants.

_____/

Case No. 2:25-cv-271

Honorable Phillip J. Green

### ORDER DENYING LEAVE
### TO PROCEED *IN FORMA PAUPERIS* - THREE STRIKES

In accordance with the opinion entered this day,

**IT IS ORDERED** that Plaintiff is **DENIED** leave to proceed *in forma pauperis*

because he has "three strikes" pursuant to 28 U.S.C. § 1915(g).


Dated:  July 15, 2026

/s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge