UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

ANTHONY ARRINGTON,

              Plaintiff,              Case No. 2:25-cv-271

v.                                Honorable Phillip J. Green

UNKNOWN TAYLOR, et al.,

              Defendants.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that pursuant to 28 U.S.C. § 1915(g), Plaintiff's action is

**DISMISSED WITHOUT PREJUDICE** to Plaintiff's right to refile his complaint as

a new action in this Court with the full civil action filing fees.


Dated:  July 15, 2026                /s/ Phillip J. Green
                                       PHILLIP J. GREEN
                                       United States Magistrate Judge